**DISMISS; and Opinion Filed January 22, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00650-CV

**CHRISTOPHER COOKS, Appellant**
**V.**
**GLENN OAKS APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02013-A**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By letter dated July 10, 2013, we informed appellant the County Clerk notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

130650F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHRISTOPHER COOKS, Appellant

No. 05-13-00650-CV          V.

GLENN OAKS APARTMENTS, Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-13-02013-A.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.


In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee GLENN OAKS APARTMENTS recover its costs of this appeal from appellant CHRISTOPHER COOKS.


Judgment entered this 22nd day of January, 2014.


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–3–